

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0018-20

**RAY GENE ARRINGTON, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIRST COURT OF APPEALS HARRIS COUNTY

*Per curiam*.

## O R D E R

Appellant pled guilty to driving while intoxicated and the trial court sentenced him to confinement for one year, probated for eighteen months and a fine of $500. The Court of Appeals affirmed the conviction. *Arrington v. State*, No. 01-17-00859-CR (Tex. App. — Houston [1st], delivered July 2, 2019). On January 8, 2020, Appellant filed a petition for discretionary review. However, Appellant has died and counsel for Appellant has filed a motion to dismiss the petition for discretionary review and permanently abate the appeal.

Under Tex.R.App.Pro. 7.1(a)(2), if an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated. See *Graham v. State*, 991 S.W.2d 802 (Tex. Crim. App. 1998). Therefore, Appellant's motion is granted, Appellant's petition for discretionary review is dismissed, and the First Court of Appeals is directed to withdraw its prior opinion and permanently abate the appeal of this case.

Delivered January 29, 2020
Do not publish